**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHALINA ALI,
        Plaintiff,

    - against -

CITY OF NEW YORK, et al,
        Defendants.
-----------------------------------------------------------X

**ORDER**

12-CV-6376 (RJD) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

  A review of the docket entries in this action indicates that the defendant Philip McManus was served with the Summons and Complaint on January 9, 2013, and that his answer was due on January 30, 2013, but to date has not been filed. No later than April 16, 2013, one of the following events must occur: (a) defendant Philip McManus must file an answer, (b) the parties must file a stipulation extending the defendant's time to answer, or (c) the plaintiff must file a request for a certificate of default. If none of the preceding events occurs by the deadline set forth above, I will deem the plaintiff to have abandoned the case against Philip McManus and will promptly file a Report and Recommendation urging the assigned District Judge to dismiss the case for failure to prosecute. The plaintiff's counsel is directed to provide a copy of this order to his client and to the defendants.

  **SO ORDERED.**

Dated: Brooklyn, New York
   April 2, 2013

                /s/ James Orenstein
                JAMES ORENSTEIN
                U.S. Magistrate Judge